.W. R. Zanes & Co. *v.* United States

No. 5460.—Invoice dated Shanghai, China, February 27, 1940.
Entered at Houston, Tex., May 1, 1940.
Entry No. 978–H.

(Order dated October 9, 1941)
[Previously published in Reap. Dec. 5287]

*Siegel & Mandell* (*Sidney Mandell* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

## ORDER

Upon the Notice of Motion, Consent and Memorandum in Support of Motion filed herewith, it is hereby

Ordered, Adjudged and Decreed that the decision and judgment heretofore entered herein on May 28, 1941 (Reap. Dec. 5287), be and the same hereby is vacated and set aside, and it is further

Ordered, Adjudged and Decreed that the export value as that value is defined in section 402 (d) of the Tariff Act of 1930 of the merchandise herein involved is $2.89 per gross packed.

Thomas J. Walker,
*Judge.*